**KNIGHT LAW GROUP LLP**
Daniel Kalinowski (SBN 305087)
danielk@knightlaw.com
10250 Constellation Blvd., Suite 2500
Los Angeles, CA 90067
Telephone: (310) 552-2250
Attorneys for Plaintiffs,
**LUIS SANCHEZ,**
**MARIA ALCANTARA and**
**KARLA BOJORQUEZ**

**MORTENSON TAGGART ADAMS, LLP**
Michael D. Mortenson (SBN 247758)
mmortenson@mortensontaggart.com
Craig A. Taggart (SBN 239168)
ctaggart@mortensontaggart.com
Patricia H. Jun (SBN 277461)
pjun@mortensontaggart.com
300 Spectrum Center Drive, Suite 1200
Irvine, California 92618-499
Telephone: (949) 774-2224
Fax: (949) 774-2645
Attorneys for Defendant,
**FORD MOTOR COMPANY**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS SANCHEZ, MARIA ALCANTARA and KARLA BOJORQUEZ,<br><br>Plaintiffs,<br>vs.<br>FORD MOTOR COMPANY, a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | **CASE NO** : **2:22-cv-00174-MWF-RAO**<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Honorable Judge Michael W. Fitzgerald |

JOINT NOTICE OF SETTLEMENT

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs and Defendant (jointly referred to as the "Parties"), by and through their counsel of record, hereby provide notice to the Court that they have reached a settlement in principle in the above referenced matter. The Parties request that the Court vacate any upcoming hearings and deadlines while settlement is pending.

Once all terms of the settlement are completed and payment is received by the Plaintiffs, including payment of both the settlement funds and Plaintiffs' attorneys' fees, cost and expenses, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice.

IT IS SO STIPULATED:                    Respectfully Submitted,

Dated:       December 2, 2022       **KNIGHT LAW GROUP, LLP**

                                    */s/ Daniel Kalinowski*
                                    Daniel Kalinowski
                                    Attorneys for Plaintiffs
                                    LUIS SANCHEZ,
                                    MARIA ALCANTARA and
                                    KARLA BOJORQUEZ

Dated:       December 2, 2022       **MORTENSON TAGGART
                                    ADAMS LLP**


                                    */s/ Patricia H. Jun*
                                    Michael Mortenson
                                    Craig Taggart
                                    Patricia H. Jun
                                    Attorneys for Defendant
                                    FORD MOTOR COMPANY

JOINT NOTICE OF SETTLEMENT