# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. CV 22-174-MWF(RAOx)          Date January 7, 2025

Title: Luis Sanchez, et al. v. Ford Motor Co.

Present: The Honorable Michael W. Fitzgerald

|  Rita Sanchez  |  Not Reported  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:

Not Present

Attorneys Present for Defendants:

Not Present

Proceedings:    ☐ In Court    ☒ In Chambers    ☐ Counsel Notified

☐ Case previously closed in error.  Make JS-5.

☒ Case should have been closed on entry dated July 18, 2023 .

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other Order at Docket No. 35 should have closed case.

☐ Entered _____ .

Initials of Preparer    RS/smom